AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

NATIONAL ASSOCIATION FOR GUN RIGHTS, and
SUSAN KAREN GOLDMAN,

Plaintiffs

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 22-cv-4774

V.

ASSIGNED JUDGE: Leinenweber

CITY OF HIGHLAND PARK, ILLINOIS,
a municipal corporation

DESIGNATED
MAGISTRATE JUDGE: Gilbert

TO: (Name and address of Defendant)

City of Highland Park
1707 St. Johns Avenue
Highland Park, Illinois 60035

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jason R. Craddock
Law Office of Jason R. Craddock
2021 Midwest Rd., Ste. 200
Oak Brook, IL 60523
Phone: 708-964-4973
Email: craddocklaw@icloud.com or cradlaw1970@gmail.com

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_[signature]_

(By) DEPUTY CLERK

September 9, 2022

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 9/9/22 |
| NAME OF SERVER (PRINT)   Debra Sauer | TITLE |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Erin K. Jason City Manager's Office, Highland Park, IL 1707 St. John's Avenue, Highland Park, IL 60035

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/9/22
Date

*Signature of Server*

2735 N. Clark, #102
Chicago, IL 60614
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.