UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3
Eastern Division

Susan Goldman, et al.
                     Plaintiff,

v.                                                      Case No.: 1:22−cv−04774
                                                       Honorable Harry D. Leinenweber

City of Highland Park, Illinois
                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 27, 2022:

      MINUTE entry before the Honorable Harry D. Leinenweber: Telephone Conference set for 11/2/22 at 9:15 a.m. Dial: 888−684−8852 or 215−446−0155, access code: 9582710#. Joint status report shall be filed by 10/25/22. Mailed notice (maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.