IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, and SUSAN KAREN GOLDMAN, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 22-cv-04774 |
| v. | ) ) ) | |
| CITY OF HIGHLAND PARK, ILLINOIS, | ) ) ) | |
| Defendant. | ) | |

MOTION TO CONTINUE

Plaintiffs, by their undersigned counsel, move to continue the telephonic hearing set for October 11, 2022 at 9:00 am, stating as follows:

1. The undersigned counsel has 4 other matters (via zoom) scheduled for 9:00 and 9:30 on October 11, 2022.
2. Counsel is available for this hearing on October 12, 14, 17, 18, 19, or 20, 2022.

Wherefore, Plaintiffs urge this Court to continue the hearing set for October 11, 2022, until one of the dates mentioned above.

*/s/ Jason R. Craddock*

_____

Jason R. Craddock
Law Office of Jason R. Craddock
2021 Midwest Rd., Ste. 200
Oak Brook, IL 60523
(708) 964-4973
cradlaw1970@gmail.com or craddocklaw@icloud.com

Barry K. Arrington*
Arrington Law Firm
4195 Wadsworth Boulevard
Wheat Ridge, Colorado 80033
Voice: (303) 205-7870
Email: barry@arringtonpc.com
*Admission Pro Hac Vice pending

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 7, 2022 he emailed a copy of the foregoing to following counsel for defendant:

David H. Hoffman: david.hoffman@sidley.com
Neil Conrad: nconrad@sidley.com
Robert N. Hochman: rhochman@sidley.com
/s/ Jason R. Craddock
_____
Jason R. Craddock