# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, and SUSAN KAREN GOLDMAN, <br> Plaintiffs, <br> v. <br> CITY OF HIGHLAND PARK, ILLINOIS, <br> Defendant. | No. 1:22-cv-04774 <br><br> Honorable Harry D. Leinenweber <br><br> Honorable Jeffrey T. Gilbert |

## UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Defendant City of Highland Park, Illinois ("Highland Park") respectfully submits this Unopposed Motion to extend its deadline to and including Thursday, November 17, 2022, to answer or otherwise respond to the Complaint (Dkt. 1) in the above-captioned action. In support of this Motion, Highland Park states as follows:

1. On September 7, 2022, Plaintiffs National Association for Gun Rights and Susan Karen Goldman filed a Complaint seeking injunctive and other relief, including to enjoin enforcement of certain Highland Park City Code provisions that prohibit assault weapons and large-capacity magazines. (Dkt. 1.)

2. On October 7, 2022, Plaintiffs filed a Motion for Preliminary Injunction (Dkt. 7), and the Court set a telephonic conference for October 11, 2022 (Dkt. 8).

3. Contrary to Plaintiffs' certification in their Motion for Preliminary Injunction (*see* Dkt. 7 at 1), Plaintiffs have not properly served summons or the Complaint on Highland Park.

4. In particular, Plaintiffs were required to effect service by leaving copies of the summons and the Complaint with Highland Park's Mayor or City Clerk, *see* Fed. R. Civ. P. 4(j)(2); 735 ILCS 5/2-211, but Plaintiffs instead attempted to effect service by leaving copies of

the summons and the Complaint with an employee of Highland Park's City Manager (*see* Dkt. 3).

5. Plaintiffs and Highland Park (the "Parties"), through their respective counsel, have conferred via email regarding Plaintiffs' attempt at service and Highland Park's deadline to answer or otherwise respond to the Complaint.

6. The Parties have agreed that Highland Park's deadline to answer or otherwise respond to the Complaint should be extended to and including Thursday, November 17, 2022, and that Highland Park will waive service of the summons and the Complaint.

7. The Parties are also in the process of conferring on a briefing schedule for Plaintiffs' Motion for Preliminary Injunction (Dkt. 7), and Highland Park anticipates that the Parties will submit a proposed briefing schedule to the Court at a later date.

WHEREFORE, Highland Park respectfully requests that the Court grant this Unopposed Motion and enter the concurrently submitted Proposed Order to extend Highland Park's deadline to answer or otherwise respond to the Complaint to and including Thursday, November 17, 2022.

Dated: October 10, 2022

Respectfully submitted,

*/s/ David H. Hoffman*
David H. Hoffman (No. 6229441)
Robert N. Hochman (No. 6244222)
Neil H. Conrad (No. 6297636)
Caroline A. Wong (No. 6324863)
One South Dearborn
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
david.hoffman@sidley.com
rhochman@sidley.com
nconrad@sidley.com
caroline.wong@sidley.com

*Attorneys for Defendant City of Highland Park, Illinois*