UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, and SUSAN KAREN GOLDMAN, <br> Plaintiffs, <br> v. <br> CITY OF HIGHLAND PARK, ILLINOIS, <br> Defendant. | No. 1:22-cv-04774 <br><br> Honorable Harry D. Leinenweber <br><br> Honorable Jeffrey T. Gilbert |

## NOTICE OF MOTION

To: Counsel of Record

**PLEASE TAKE NOTICE** that on **Thursday, October 13, 2022, at 9:30 a.m.**, counsel for Defendant City of Highland Park, Illinois, shall appear before the Honorable Harry D. Leinenweber in Courtroom 1844 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and present Defendant's Unopposed Motion for an Extension of Time to Answer or Otherwise Respond to Complaint.

Dated: October 10, 2022

Respectfully submitted,

*/s/ David H. Hoffman*
David H. Hoffman (No. 6229441)
Robert N. Hochman (No. 6244222)
Neil H. Conrad (No. 6297636)
Caroline A. Wong (No. 6324863)
One South Dearborn
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
david.hoffman@sidley.com
rhochman@sidley.com
nconrad@sidley.com
caroline.wong@sidley.com

*Attorneys for Defendant City of Highland Park, Illinois*