# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Susan Goldman, et al.

Plaintiff,

v.

Case No.: 1:22–cv–04774
Honorable Harry D. Leinenweber

City of Highland Park, Illinois

Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 11, 2022:

     MINUTE entry before the Honorable Harry D. Leinenweber: Telephonic status conference and ruling on motion hearing held. Motion to continue [9] is moot. Motion for extension of time to 11/7/22 to answer or otherwise plead [15] is granted. Status report deadline of 10/12/22 is vacated. Motion to set a briefing schedule [17] is granted. MOTION by Plaintiff Susan Goldman for permanent injunction [7] is entered and briefed as follows: opposition by 1/10/23, reply by 2/9/23, sur–reply by 3/2/23. Telephone Conference set for 3/8/23 at 9:00 a.m. a.m. Dial: 888–684–8852 or 215–446–0155, access code: 9582710#. No appearance is needed on 10/13/22 or 10/18/22. Mailed notice (maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.