IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Susan Goldman | ) | Case No: 22 C 4774 |
| | ) | |
| v. | ) | Judge: Harry D. Leinenweber |
| | ) | |
| City of Highland Park, Illinois | ) | |

## **ORDER**

Pro hac vice motion is granted [23].

Date: 10/20/22                                                                                  /s/ Judge Harry D. Leinenweber