## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, and SUSAN KAREN GOLDMAN, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF HIGHLAND PARK, ILLINOIS, <br><br> Defendant. | No. 1:22-cv-04774 <br><br> Honorable Harry D. Leinenweber <br><br> Honorable Jeffrey T. Gilbert |

## NOTICE OF MOTION

To: Counsel of Record

**PLEASE TAKE NOTICE** that on **Wednesday, November 30, 2022, at 9:30 a.m.**, counsel for Defendant City of Highland Park, Illinois shall appear before the Honorable Harry D. Leinenweber in Courtroom 1844 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and present Defendant's Partial Motion to Dismiss the Complaint under Rule 12(b)(1).

Dated: November 17, 2022

Respectfully submitted,

*/s/ David H. Hoffman*
David H. Hoffman (No. 6229441)
Robert N. Hochman (No. 6244222)
Neil H. Conrad (No. 6321947)
Caroline A. Wong (No. 6324863)
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
david.hoffman@sidley.com
rhochman@sidley.com
nconrad@sidley.com
caroline.wong@sidley.com

Steven M. Elrod (No. 6183239)
Hart M. Passman (No. 6287062)
ELROD FRIEDMAN LLP
325 N. LaSalle St.
Suite 450
Chicago, IL 60654
Telephone: (312) 528-5200
steven.elrod@elrodfriedman.com
hart.passman@elrodfriedman.com

Erin Davis (*pro hac vice* application forthcoming)
Philip Bangle (*pro hac vice* application forthcoming)
Shira Lauren Feldman (*pro hac vice* application pending)
BRADY
840 First Street NE
Washington, DC 20002
Telephone: (202) 370-8100
edavis@bradyunited.org
pbangle@bradyunited.org
sfeldman@bradyunited.org

*Attorneys for Defendant City of Highland Park, Illinois*