## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
## Eastern Division

Susan Goldman, et al.

                        Plaintiff,

v.                                               Case No.: 1:22−cv−04774
                                                           Honorable Harry D. Leinenweber

City of Highland Park, Illinois

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 28, 2022:

      MINUTE entry before the Honorable Harry D. Leinenweber: Defendant's partial motion to dismiss [26] is entered and briefed as follows: response by 12/28/22, reply by 1/13/23. The Court will rule by mail. No appearance is needed on 11/30/22. Mailed notice (maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.