**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, and SUSAN KAREN GOLDMAN, <br> Plaintiffs, <br> v. <br> CITY OF HIGHLAND PARK, ILLINOIS, <br> Defendant. | No. 1:22-cv-04774 <br><br> Honorable Harry D. Leinenweber <br><br> Honorable Jeffrey T. Gilbert |

**AGREED MOTION TO EXTEND BRIEFING SCHEDULE ON**
**PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

After conferring with Plaintiffs and reaching agreement, Defendant City of Highland Park, Illinois ("Highland Park") respectfully submits this Agreed Motion to Extend Briefing Schedule on Plaintiffs' Motion for Preliminary Injunction (Dkt. 7). In support of the Agreed Motion, Highland Park states as follows:

1. On October 7, 2022, Plaintiffs filed a Motion for Preliminary Injunction (Dkt. 7), and the Court held a telephonic conference on October 11, 2022 (Dkt. 11).

2. Counsel for Plaintiffs and Highland Park (the "Parties") conferred and agreed on a briefing schedule on the Motion for Preliminary Injunction, which the Court entered on October 11, 2022. (Dkt. 22.) Under the current schedule, Highland Park's opposition is due January 10, 2023, Plaintiffs' reply is due February 9, 2023, and Highland Park's surreply is due March 2, 2023, with a telephone conference set for March 8, 2023 to address with the Court the scheduling and format of a hearing on the Motion for Preliminary Injunction. (*Id.*)

3. The Parties have agreed to a 9-day extension of the deadline for Highland Park to file its opposition, with corresponding adjustments to the other deadlines. Accordingly, the Parties have agreed to the following revised briefing schedule:

| Brief | Deadline |
|---|---|
| Highland Park's opposition | January 19, 2023 |
| Plaintiffs' reply | February 20, 2023 |
| Highland Park's surreply | March 13, 2023 |

4. In addition, the Parties respectfully suggest that the status conference currently scheduled for March 8, 2023 be re-set for a date within a reasonable period of time after the briefing is complete.

5. The Parties agreed that counsel for Defendant would file this agreed motion to request that this Court enter an order reflecting the agreed briefing schedule set forth above.

WHEREFORE, Highland Park respectfully requests that the Court grant this Agreed Motion and enter the concurrently submitted Proposed Order setting forth the agreed briefing schedule set forth above.

Dated: December 22, 2022

Respectfully submitted,

*/s/ David H. Hoffman*
David H. Hoffman (No. 6229441)
Robert N. Hochman (No. 6244222)
Neil H. Conrad (No. 6321947)
Caroline A. Wong (No. 6324863)
Claire G. Lee (No. 6339280)
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
david.hoffman@sidley.com
rhochman@sidley.com
nconrad@sidley.com
caroline.wong@sidley.com

Steven M. Elrod (No. 6183239)

2

Hart M. Passman (No. 6287062)
ELROD FRIEDMAN LLP
325 N. LaSalle St.
Suite 450
Chicago, IL 60654
Telephone: (312) 528-5200
steven.elrod@elrodfriedman.com
hart.passman@elrodfriedman.com

Erin Davis (*pro hac vice*)
Philip Bangle (*pro hac vice* application forthcoming)
Shira Lauren Feldman (*pro hac vice*)
BRADY
840 First Street NE, Suite 400
Washington, DC 20002
Telephone: (202) 370-8100
edavis@bradyunited.org
pbangle@bradyunited.org
sfeldman@bradyunited.org

*Attorneys for Defendant City of Highland Park, Illinois*