## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3
## Eastern Division

Susan Goldman, et al.
                                  Plaintiff,

v.                                                         Case No.: 1:22−cv−04774
                                                               Honorable Harry D. Leinenweber

City of Highland Park, Illinois
                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 28, 2022:

      MINUTE entry before the Honorable Harry D. Leinenweber: Agreed motion for extension of time [34] is granted. MOTION by Plaintiff Susan Goldman for a preliminary injunction [7] is entered and briefed as follows: Highland Park's opposition is due by January 19, 2023. Plaintiffs' reply by February 20, 2023. Highland Park's surreply by March 13, 2023. No appearance is needed on 12/28/22. Telephone conference set for 3/8/23 is vacated. The Court will rule by mail. Mailed notice (maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.