IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, and SUSAN KAREN GOLDMAN, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF HIGHLAND PARK, ILLINOIS, <br><br> Defendant. | Case No. 22-cv-04774 |

**AGREED MOTION TO ENTER BRIEFING SCHEDULE ON PLAINTIFFS' MOTION TO AMEND AND SUPPLEMENT COMPLAINT**

After conferring with Defendant and reaching an agreement on a briefing schedule, Plaintiffs respectfully submit this Agreed Motion to Enter Briefing Schedule on Plaintiffs' Motion to Amend and Supplement Complaint (Dkt. 42). In support of the Agreed Motion, Plaintiffs state:

1. On January 17, 2023, Plaintiffs filed a Motion to Amend and Supplement Complaint (Dkt. 42).

2. On January 18, 2023, counsel for Plaintiffs and Defendant conferred and agreed on the following briefing schedule on the Motion to Amend and Supplement Complaint:

Defendant's Opposition Deadline: January 27, 2023

Plaintiffs' Reply Deadline: January 31, 2023[1]

WHEREFORE, Plaintiff respectfully requests that the Court grant this Agreed Motion.

Respectfully submitted this 19th day of January 2023.

---

[1] The parties expressly agreed only on Defendant's response deadline. Plaintiffs assume Defendant has no objection to a two-business day reply deadline.

*/s/ Barry K. Arrington*
_____
Barry K. Arrington
Arrington Law Firm
4195 Wadsworth Boulevard
Wheat Ridge, Colorado 80033
Voice: (303) 205-7870
Email: barry@arringtonpc.com
Pro Hac Vice

Designated local counsel:
Jason R. Craddock
Law Office of Jason R. Craddock
2021 Midwest Rd., Ste. 200
Oak Brook, IL 60523
(708) 964-4973
cradlaw1970@gmail.com or craddocklaw@icloud.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2023, I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via email counsel of record:

*/s/ Barry K. Arrington*
_____
Barry K. Arrington