# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Susan Goldman et al | Case No: 22 C 4774 |
| v. | Judge: Harry D. Leinenweber |
| City of Highland Park, Illinois | |

## ORDER

Pro hac vice motions are granted [50, 51, 52].

Date: 1/26/23 /s/ Judge Harry D. Leinenweber