# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: National Association For Gun Rights, and Susan Karen Goldman v. City of Highland Park, Illinois

Case Number: 22-cv-04774

An appearance is hereby filed by the undersigned as attorney for:
Amicus Curiae, March For Our Lives Foundation

Attorney name (type or print): Jordan E. Wilkow

Firm: Tabet DiVito & Rothstein LLC

Street address: 209 South LaSalle Street, 7th Floor

City/State/Zip: Chicago, IL 60604

Bar ID Number: 6310490
(See item 3 in instructions)

Telephone Number: 312.762-9450

Email Address: jwilkow@tdrlaw.com

| Question | Answer |
|---|---|
| Are you acting as lead counsel in this case? | No |
| Are you acting as local counsel in this case? | Yes |
| Are you a member of the court's trial bar? | No |
| If this case reaches trial, will you act as the trial attorney? | No |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on January 26, 2023

Attorney signature: S/ Jordan E. Wilkow
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015