IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS and SUSAN KAREN GOLDMAN,<br><br>*Plaintiffs*,<br><br>v.<br><br>CITY OF HIGHLAND PARK, ILLINOIS,<br><br>*Defendant*. | No. 1:22-cv-04774<br><br>Honorable Harry D. Leinenweber<br><br>Honorable Jeffrey T. Gilbert |

## NOTIFICATION OF AFFILIATES

Proposed amicus curiae Everytown for Gun Safety (formally, Everytown for Gun Safety Action Fund; hereafter "Everytown") states that it has no affiliates pursuant to Local Rule 3.2.

Dated: January 26, 2023

Respectfully submitted,

William J. Taylor, Jr.
(*pro hac vice* application forthcoming)
EVERYTOWN LAW
450 Lexington Ave, P.O. Box 4184
New York, NY 10017
(mailing address)
Phone: (646) 324-8124
Fax: (917) 410-6932
wtaylor@everytown.org

/s/ David A. Neiman
ROMANUCCI & BLANDIN, LLC
David A. Neiman
321 North Clark Street, Suite 900
Chicago, IL 60654
Phone: (312) 458-1000
Fax: (312) 458-1004
dneiman@rblaw.net