# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, and SUSAN KAREN GOLDMAN, | |
| Plaintiffs, | Case No. 22-cv-04774 |
| v. | Hon. Harry D. Leinenweber |
| CITY OF HIGHLAND PARK, ILLINOIS, | Hon. Jeffrey T. Gilbert |
| Defendant. | |

## CORPORATE DISCLOSURE STATEMENT
## AND NOTIFICATION AS TO AFFILIATES

Pursuant to Federal Rule of Civil Procedure 7.1 and Northern District of Illinois Local Rule 3.2, proposed *amicus curiae* March For Our Lives Foundation ("MFOL") respectfully states as follows:

1. MFOL does not have a parent corporation, and no publicly held corporation owns more than 5% or 10% of its stock.

2. MFOL has identified no Local Rule 3.2 affiliates.

Dated: January 27, 2023

Respectfully submitted,

**MARCH FOR OUR LIVES FOUNDATION**

By: */s/ Jordan E. Wilkow*
One of Their Attorneys

Caesar A. Tabet
Jordan E. Wilkow
Nikki R. Marcotte
TABET DIVITO & ROTHSTEIN LLC
209 S. LaSalle St., 7th Floor
Chicago, IL 60604
(312) 762-9450
ctabet@tdrlaw.com
jwilkow@tdrlaw.com
nmarcotte@tdrlaw.com