Susan Goldman, et al.

Plaintiff,

v.

Case No.: 1:22–cv–04774
Honorable Harry D. Leinenweber

City of Highland Park, Illinois

Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 30, 2023:

      MINUTE entry before the Honorable Harry D. Leinenweber: Motions for leave to file a Brief as Amicus Curiae are granted [54, 59, 60, 62]. Mailed notice (maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.