# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: Nat'l Ass'n for Gun Rights and Susan Karen Goldman v. City of Highland Park, Illinois

Case Number: 1:22-cv-04774

An appearance is hereby filed by the undersigned as attorney for:

Amicus Curiae, Everytown for Gun Safety

Attorney name (type or print): William J. Taylor, Jr.

Firm: Everytown Law

Street address: 450 Lexington Ave., P.O. Box 4184

City/State/Zip: New York, NY 10017

Bar ID Number: 3958956 (NY)
(See item 3 in instructions)

Telephone Number: (646) 324-8215

Email Address: wtaylor@everytown.org

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✔ | |
| Are you acting as local counsel in this case? | | ✔ |
| Are you a member of the court's trial bar? | | ✔ |
| If this case reaches trial, will you act as the trial attorney? | | ✔ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
  If appointed counsel, are you
  ☐ Federal Defender
  ☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on February 1, 2023

Attorney signature: S/ William J. Taylor, Jr.
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015