**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, and SUSAN KAREN GOLDMAN,<br><br>    Plaintiffs,<br><br>  v.<br><br>CITY OF HIGHLAND PARK, ILLINOIS,<br><br>    Defendant. | No. 1:22-cv-04774<br><br>Honorable Harry D. Leinenweber<br><br>Honorable Jeffrey T. Gilbert |

**INDEX OF EXHIBITS IN SUPPORT OF DEFENDANT CITY OF HIGHLAND PARK'S SURREPLY IN OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION**

| Exhibit | Description |
|---|---|
| *Expert Witness Rebuttal Declarations* | |
| 23 | Rebuttal Declaration of Ryan Busse<br>(Former Firearm Sales Executive and Senior Advisor to Giffords) |
| 24 | Rebuttal Declaration of Louis Klarevas, PhD<br>(Research Professor at Teachers College, Columbia University) |
| 25 | Rebuttal Declaration of Robert J. Spitzer, PhD<br>(Distinguished Service Professor of Political Science Emeritus at the State University of New York at Cortland) |
| 26 | Rebuttal Declaration of James E. Yurgealitis<br>(Former Senior Special Agent and Program Manager at the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), U.S. Department of Justice) |