IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, and SUSAN KAREN GOLDMAN,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF HIGHLAND PARK, ILLINOIS,<br><br>    Defendant. | Case No. 22-cv-04774 |

**UNOPPOSED WITHDRAWAL OF
MOTION TO AMEND AND SUPPLEMENT COMPLAINT**

CERTIFICATION: Undersigned counsel has consulted with counsel for Defendant. Defendant does not oppose Plaintiffs' withdrawal of their motion to amend and supplement the Complaint.

    1. Plaintiffs filed their Motion to Amend and Supplement their Complaint (the "Motion") on January 17, 2023 (ECF # 42). The purpose of the Motion was to bring a challenge to the recently-enacted State of Illinois' ban on so-called assault weapons and large capacity magazines.

    2. After Plaintiffs filed the Motion, several other challenges to the state statute were filed, and on April 28, 2023, the Court in the Southern District of Illinois entered an order preliminarily enjoining the state statute in four consolidated cases. *See Barnett v. Raoul*, Case No. 3:23-cv-209, ECF 45 (S.D. Ill. 2023). Other courts denied similar motions. The Southern District order is currently stayed.

    3. Six appeals of district court orders both granting and denying motions for preliminary injunction to enjoin the state statute are currently pending in the Seventh Circuit. *See Bevis v.*

*City of Naperville*, Case No. 23-1353 (7th Cir. 2023). The six consolidated appeals are set for oral argument on June 29, 2023.

 4. In summary, six constitutional challenges to the state statute are currently pending in the Seventh Circuit. There is no reason to bring another challenge in this action.

 **5. Accordingly, Plaintiffs hereby withdraw the Motion (ECF #42).**

Respectfully submitted this 13th day of June 2023.

*/s/ Barry K. Arrington*
_____
Barry K. Arrington
Arrington Law Firm
4195 Wadsworth Boulevard
Wheat Ridge, Colorado 80033
Voice: (303) 205-7870
Email: barry@arringtonpc.com
Pro Hac Vice

Designated local counsel:
Jason R. Craddock
Law Office of Jason R. Craddock
2021 Midwest Rd., Ste. 200
Oak Brook, IL 60523
(708) 964-4973
cradlaw1970@gmail.com or craddocklaw@icloud.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2023, I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via email counsel of record:

*/s/ Barry K. Arrington*
_____
Barry K. Arrington