IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, and SUSAN KAREN GOLDMAN, )<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>CITY OF HIGHLAND PARK, ILLINOIS, )<br>)<br>Defendant. ) | Case No. 22-cv-04774 |

## JOINDER IN REQUEST FOR RULING

Plaintiffs join in Defendant's request for a ruling on their pending motion for preliminary injunction (ECF # 92).

Respectfully submitted this 13th day of June 2023.

*/s/ Barry K. Arrington*

_____

Barry K. Arrington
Arrington Law Firm
4195 Wadsworth Boulevard
Wheat Ridge, Colorado 80033
Voice: (303) 205-7870
Email: barry@arringtonpc.com
Pro Hac Vice

Designated local counsel:
Jason R. Craddock
Law Office of Jason R. Craddock
2021 Midwest Rd., Ste. 200
Oak Brook, IL 60523
(708) 964-4973
cradlaw1970@gmail.com or craddocklaw@icloud.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2023, I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via email counsel of record:

1

*/s/ Barry K. Arrington*
_____
Barry K. Arrington