## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Susan Goldman et al | ) ) ) | Case No: 22 C 4774 |
| v. | ) ) | Judge: Harry D. Leinenweber |
| City of Highland Park, Illinois | ) ) ) | |

### **ORDER**

Pro hac vice motion is granted [101].

Date: 11/15/23 /s/ Judge Harry D. Leinenweber