UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, and SUSAN KAREN GOLDMAN,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF HIGHLAND PARK, ILLINOIS,<br><br>　　　　Defendant. | No. 1:22-cv-04774<br><br>Honorable Harry D. Leinenweber<br><br>Honorable Jeffrey T. Gilbert |

**STIPULATION OF DISMISSAL
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(ii)**

　　The parties hereby stipulate to dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) on the terms set forth below. In support thereof, the parties state:

　　1.　　This action was filed by Plaintiffs Susan Goldman and the National Association for Gun Rights ("NAGR") against Defendant City of Highland Park, Illinois, on September 7, 2022. (Dkt. 1.)

　　2.　　Goldman and NAGR moved for a preliminary injunction (Dkt. 7), which the City opposed (Dkt. 45).

　　3.　　The City moved to dismiss all claims by NAGR for lack of standing (Dkt. 26), which NAGR opposed (Dkt. 37).

　　4.　　The City filed an answer in response to the claims by Goldman. (Dkt. 29.)

　　5.　　On January 9, 2024, this Court entered an opinion and order (A) denying Plaintiffs' motion for preliminary injunction, and (B) granting the City's motion to dismiss NAGR for lack of standing and dismissing NAGR from the action. (Dkts. 104, 105.)

　　6.　　Goldman now seeks to voluntarily dismiss with prejudice all claims against the City pursuant to Rule 41(a)(1).

1

The parties stipulate and agree that all remaining claims in this lawsuit are hereby dismissed with prejudice, with each side to bear their own costs.

DATED: February 6, 2024

ACKNOWLEDGED AND AGREED BY:

| | |
|---|---|
| */s/ Barry K. Arrington* | */s/ David H. Hoffman* |
| Barry K. Arrington | David H. Hoffman (No. 6229441) |
| Arrington Law Firm | Robert N. Hochman (No. 6244222) |
| 4195 Wadsworth Boulevard | Neil H. Conrad (No. 6321947) |
| Wheat Ridge, CO 80033 | Caroline A. Wong (No. 6324863) |
| Telephone: (303) 205-7870 | SIDLEY AUSTIN LLP |
| barry@arringtonpc.com | One South Dearborn |
| | Chicago, IL 60603 |
| Jason R. Craddock , Sr. | Telephone: (312) 853-7000 |
| Law Office of Jason R. Craddock | Facsimile: (312) 853-7036 |
| 2021 Midwest Rd. | david.hoffman@sidley.com |
| Suite 200 | rhochman@sidley.com |
| Oak Brook, IL 60523 | nconrad@sidley.com |
| 708 964-4973 | caroline.wong@sidley.com |
| craddocklaw@icloud.com | |
| | Steven M. Elrod (No. 6183239) |
| *Attorneys for Susan Goldman* | Hart M. Passman (No. 6287062) |
| | ELROD FRIEDMAN LLP |
| | 325 N. LaSalle St. |
| | Suite 450 |
| | Chicago, IL 60654 |
| | Telephone: (312) 528-5200 |
| | steven.elrod@elrodfriedman.com |
| | hart.passman@elrodfriedman.com |
| | |
| | Douglas N. Letter (*pro hac vice* application forthcoming) |
| | Erin Davis (*pro hac vice*) |
| | Philip Bangle (*pro hac vice* application forthcoming) |
| | Shira Lauren Feldman (*pro hac vice*) |
| | BRADY CENTER TO PREVENT GUN VIOLENCE |
| | 840 First Street NE, Suite 400 |
| | Washington, DC 20002 |
| | Telephone: (202) 370-8100 |
| | dletter@bradyunited.org |

2

        edavis@bradyunited.org
        pbangle@bradyunited.org
        sfeldman@bradyunited.org

*Attorneys for Defendant City of Highland Park, Illinois*